# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC JOSEPH BURAS

NO. 2020 KW 0514

**SEPTEMBER 03, 2020**

---

In Re:    Eric Joseph Buras, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 407348.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT